USCA1 Opinion

 

 December 12, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1804 RICHARD BARBER, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Frank H. Freedman, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Campbell, Senior Circuit Judge, and ____________________ Boudin, Circuit Judge. _____________ ____________________ Richard I. Barber on brief pro se. _________________ Donald K. Stern, United States Attorney, and Kevin O'Regan, _________________ ______________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. The denial of appellant's motion ___________ pursuant to 28 U.S.C. 2255 is affirmed for essentially the ________ reasons contained in the district court's Memorandum and Order dated July 12, 1994. -2-